AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

J & J SPORTS PRODUCTIONS INC.,

          Plaintiff,

    v.                        **Civil Action No.:**  2:17-cv-195 TLS APR

AVROHOM KLOR, Individually (termed 08/07/2017)
also known as
Avrohom Zalman Klor (termed 08/07/2017)
doing business as
Big Time Barber Shop (termed 08/07/2017);
BARBER PLACE LLC
an unknown business entity (termed 08/07/2017)
doing business as
Big Time Barber Shop (termed 08/07/2017);
BIG TIME BARBER SHOP
an unknown business entity
doing business as
Big Time Barber Shop #2 LLC;
ANTHONY RAMOS
Individually and doing business as
Big Time Barber Shop,

          Defendants.

# AMENDED
# JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐   the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment
interest at the rate of _____ % along with costs.

☐   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

**X**  Other: Judgment is ENTERED in favor of the Plaintiff, J & J Sports Productions Inc., and against the Defendants, Big Time Barber Shop, an unknown business entity doing business as Big Time Barber Shop #2 LLC and Anthony Ramos, Individually and doing business as Big Time Barber Shop. The Court awards the Plaintiff Two Thousand Eight Hundred Dollars ($2,800.00) in statutory damages, Two Thousand Eight Hundred Dollars ($2,800.00) in enhanced damages, Two Thousand One Hundred and Six Dollars ($2,106.00) in attorneys' fees, and Five Hundred Twenty-Five Dollars ($525.00) in costs for a total of Eight Thousand Two Hundred Thirty-One Dollars ($8,231.00). Post-judgment interest at the rate of 2.38%.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided  by Chief Judge   Theresa L. Springmann  on a Motion for Entry of Default Judgment   .

DATE:   June 4, 2019                ROBERT TRGOVICH, CLERK OF COURT

                                    By:   s/K. Pflueger
                                          Signature of Clerk or Deputy Clerk